UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL SOLOMAN POPLAR,

        Plaintiff,        Case No. 1:11-cv-470

v.        Honorable Paul L. Maloney

SANDY WAITE et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c), for failure to state a claim or because Defendants are immune from Plaintiff's claims for monetary damages.

Dated:  August 12, 2011        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge